<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7533**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DESMOND SAMUEL SKYERS, a/k/a Skip,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CR-93-38, CA-01-479)

———————————

Submitted:  January 17, 2002          Decided:  January 29, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kevin Michael Schad, SCHAD & COOK, Indian Springs, Ohio, for Appellant.  John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Desmond Samuel Skyers seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Skyers</u>, Nos. CR-93-38; CA-01-479 (E.D.N.C. filed July 2, 2001; entered July 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2